192 F.2d 935
 Louis M. SOSNA et al., Petitioners,
v.
Honorable George H. MOORE, Judge of the United States
District Court for the Eastern District of
Missouri, Eastern Division.
 No. 14474.
 United States Court of Appeals Eighth Circuit.
 Nov. 13, 1951.
 
 Louis B. Schwartz and Samuel P. Halpern, Minneapolis, Minn., for petitioners.
 Lashly, Lashly & Miller and Israel Treiman, St. Louis, Mo., for defendants in the District Court.
 PER CURIAM.
 
 
 1
 Application of petitioners for writ of mandamus denied and petition for the writ of mandamus dismissed.